# United States District Court

### District of Montana, Billings Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DECORISS DARNELL SMITH<br><br>Defendant | BENCH WARRANT FOR ARREST<br><br>Case No.   CR-24-117-BLG-SPW-2 |

**TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER**

YOU ARE HEREBY COMMANDED to arrest and take into custody DECORISS DARNELL SMITH for failure to appear for the Sentencing hearing set for September 5, 2025 at 9:30 A.M., as ordered by the Court on September 5, 2025, and to bring Decoriss Darnell Smith before the Court as promptly as he can be located and transported to BILLINGS, Montana.

**Assigned to:  Susan P. Watters, United States District Court Judge**

**Name of Issuing Officer:**
**Emily Hamnes, Deputy Clerk**

*E. Hamnes*
_____
**Signature of Issuing Officer**

**September 5, 2025**
**BILLINGS, MT**

_____
**By:   Susan P. Watters,**
**United States District Court Judge**

**BAIL FIXED AT $ <u>NONE</u>**

| *R E T U R N* | | |
|---|---|---|
| **DATE RECEIVED:** | **LOCATION**: | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | | |
| **DATE OF ARREST:** | | *Craig Anderson,* **UNITED STATES MARSHAL** |
| **LOCATION:** | | |
| **BY:** | **Deputy U.S. Marshal** | |